# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**451**
**CA 16-01499**
PRESENT: WHALEN, P.J., SMITH, CENTRA, TROUTMAN, AND SCUDDER, JJ.

---

RONALD L. ALLEN, PLAINTIFF-RESPONDENT,

V                                                              ORDER

DAWN E. ALLEN, DEFENDANT-APPELLANT.

---

GERALD J. VELLA, SPRINGVILLE, FOR DEFENDANT-APPELLANT.

CARR SAGLIMBEN LLP, OLEAN (JAY CARR OF COUNSEL), FOR
PLAINTIFF-RESPONDENT.

---

Appeal from a judgment of the Supreme Court, Allegany County
(Terrence M. Parker, A.J.), entered November 9, 2015 in a divorce
action. The judgment equitably distributed the property of the
parties.

It is hereby ORDERED that the judgment so appealed from is
unanimously affirmed without costs.

Entered: April 28, 2017                          Frances E. Cafarell
                                                 Clerk of the Court